**B6C (Official Form 6C) (12/07)**

**In re** Brian Leonard Ricketts & Dana Deanne Ricketts      **Case No.** _____
　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)　　　　　　　　　　　☐ Check if debtor claims a homestead exemption that exceeds $136,875.
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Home | (Husb)TC § 26-2-301(a)<br>(Wife)TC § 26-2-301(a) | 19,591.00<br>19,591.00 | 106,000.00 |
| 1998 Nissan Pathfinder | (Wife)TC § 26-2-103 | 2,500.00 | 2,500.00 |
| 1985 Chevrolet Suburban | (Husb)TC § 26-2-103 | 800.00 | 800.00 |
| Dining room suite | (Husb)TC § 26-2-103 | 40.00 | 40.00 |
| Bedroom suite | (Husb)TC § 26-2-103 | 50.00 | 50.00 |
| TVs [4] | (Husb)TC § 26-2-103 | 200.00 | 200.00 |
| DVD player | (Husb)TC § 26-2-103 | 5.00 | 5.00 |
| Washer/dryer | (Husb)TC § 26-2-103 | 250.00 | 250.00 |
| Refrigerator | (Husb)TC § 26-2-103 | 50.00 | 50.00 |
| Microwave | (Husb)TC § 26-2-103 | 10.00 | 10.00 |
| Clothing | (Husb)TC § 26-2-104(a)(1)<br>(Wife)TC § 26-2-104(a)(1) | 250.00<br>250.00 | 500.00 |
| Ring | (Wife)TC § 26-2-103 | 75.00 | 75.00 |
| Checking acct. #0118832296 | (Husb)TC § 26-2-103 | 201.00 | 201.00 |
| Savings acct. #117513111 | (Husb)TC § 26-2-103 | 3.00 | 3.00 |
| Lawn mower | (Husb)TC § 26-2-103 | 30.00 | 30.00 |
| 2 cats, 1 dog | (Husb)TC § 26-2-103 | 10.00 | 10.00 |
| Computer | (Husb)TC § 26-2-103 | 100.00 | 100.00 |

**B6C (Official Form 6C) (12/07) -- Cont.**

**In re** Brian Leonard Ricketts & Dana Deanne Ricketts          **Case No.** _____
                          **Debtor**                                                **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| 3 drills, tool box, hand tools | (Husb)TC § 26-2-111(4) | 900.00 | 900.00 |
| 401k | (Wife)TC § 26-2-105(b) | 52,543.00 | 52,543.00 |